**CALHOUN & LAWRENCE, LLP**
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

MEMO ENDORSED

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**
ANDREW D. KAIZER ***

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT
***ALSO ADMITTED IN MA

(914) 946-5900

FAX (914) 946-5906

May 14, 2012

**BY FACSIMILE**
Hon. Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/12

Re: <u>United States v. Nicholas A. Spano</u>
12 Cr. 136 (CS)

Dear Judge Seibel:

I am writing to confirm that the sentencing of Nick Spano, presently scheduled for June 14, has been rescheduled to Friday, June 15, at 3:30 p.m.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

KAL/jlr

cc: ALL COUNSEL (via e-mail)