# <u>EXHIBIT D</u>: Family member letters D.1-D.29

| | |
|---|---|
| D.1-D.3 | Letter from Mayor Mike Spano 3/30/12 |
| D.4-D.6 | Letter from Victoria Smith 3/22/12 |
| D.7-D.8 | Letter from Mary Spano |
| D.9-D.10 | Letter from Lenny Spano |
| D.11-D.12 | Letter from Linda Spano 3/28/12 |
| D.13-D.14 | Letter from Michelles Pizzolongo 4/1/12 |
| D.15 | Letter from Loretta Spano 3/29/12 |
| D.16 | Letter from Eleanore Lennon 3/11/12 |
| D.17-D-18 | Letter from Josephine Spano 4/1/12 |
| D.19-D.20 | Letter from Leonard Spano 4/2/12 |
| D.21-D.22 | Letter from Joseph Spano |
| D.23-D.24 | Letter from Tony Spano 3/24/12 |
| D.25 | Letter from Yvonne Spano 4/23/12 |
| D.26-D27 | Letter from Vincent Spano |
| D.28-D.29 | Letter from Vincent Finnegan 4/25/12 |



# OFFICE OF THE MAYOR
## MIKE SPANO

### PERSONAL AND UNOFFICIAL

March 30, 2012

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

Dear Judge Seibel:

I am writing regarding my brother, Nick Spano who as you are no doubt aware, recently pleaded guilty to non-payment of income taxes.

I do not wish to minimize his crime. As I stated publicly after his plea, it was important that he accept full responsibility for it. I also hope, however, that that his full measure be taken into account in determining his sentence, as might be the case with others guilty of a similar crime.

Nick is the oldest of 16 children. As such he has been has been a tower of support for each and every one of us throughout his entire life.  Whether it is was helping us when we were little kids, offering his shoulder and advice during a trying time or, or being there for doctors' appointments, family emergencies, or the countless other issues that affect such a large family, – Nick is always there.  Not only is Nick a devoted son, loyal brother and exceptional uncle, he is also the proud father of two grown children and grandfather of two.

We are a family that believes in public service. Whether it be my career in elective office, or the several others who serve in positions ranging from teachers, to police officers, to public works employees, we were taught from a young age by Nick that public service was a noble calling.

March 30, 2012
Page 2

I saw first-hand how he put that belief into practice. Serving with him in the State Legislature for nearly two decades I witnessed the hard work he performed on behalf of his constituents and residents throughout the State of New York.  I can certainly attest that the City of Yonkers undoubtedly benefitted while Nick was in office from his tenacity and ability to see it had the means to educate children, protect its neighborhoods, and deliver the services that kept it going.

When Nick was elected to the State Senate he was made chairman of what was then called the Mental Hygiene Committee. It was considered a low ranking committee that a freshman might get while he or she waited for a more important one. This was because people with developmental disability or mental illness had little political influence. They did not make big campaign contributions, did not have political power, and could not deliver blocs of votes on Election Day.

When my brother had a chance to "move up" in the committee structure, he declined. Instead Nick became known as a statewide champion for people with mental illness or developmental disability. He passed landmark legislation to close down antiquated institutions in favor of community-based care. To this day, Nick continues to be one of the strongest advocates I know for persons with disabilities.

Nothing was too small for Nick to focus on. He found out for example, that many developmentally disabled kids have poor dental health because they are afraid of regular dentist offices, or because dentists are not trained to deal with them. So he got money for a van, which still runs to this day in Westchester that makes visits and is specially equipped to provide dental services to people with severe disabilities.  These kids look better, feel better, and can eat better. There were no votes or political advantage to what my brother did, just the satisfaction of making things better for the kids and their families.

Turning back to Nick's family life, he is that one person that our extended family has always counted on, and still does. He has provided financial support in times of need; comfort in times of sorrow, and besides our parents has been the single biggest factor in keeping us together. He takes the lead in gathering us together for family dinners, celebrating holidays both religious and secular, and instilling the values of hard work and giving back to the community.

Describing my brother's selfless acts throughout his lifetime in just a few short words is nearly impossible. But the one thing that is not impossible is that I am proud to call Nick Spano my brother.

March 30, 2012
Page 3

It is my only hope that you take all of Nick Spano's achievements, and his compassion for others, into consideration as you determine an appropriate sentence for the crime to which he has admitted.

Very truly yours,

**MIKE SPANO**
Mayor

*Victoria L. Smith*
*131 Underhill Street*
*Yonkers, NY 10710*
*914-469-1171*

March 22, 2012

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Dear Honorable Judge Seibel,

If someone told me that I would be writing a letter to a Judge asking for leniency for my brother Nick Spano because he pleaded guilty to a tax-related charge I would have told them that they were crazy.  That's not who my brother Nick is.

Nick is an honest, loyal, respected, hardworking, dedicated family man, who is traditional, generous, patient, and a true leader. As long as I can remember Nick has been there for me, my family, his friends, and his constituents.

Growing up in a large family is great but can also be challenging in many ways.  We didn't have much money or the top toys or clothes but we always had Nick and I wouldn't trade him in for anything.

Nick is twelve years older than me. Growing up he always taught us right from wrong and we all had respect for him like we do our Dad.   I think of Nick as being my second Father!

I remember one story that really sticks in my head.  I still feel guilty for disappointing my brother Nick.  I was twelve and Nick was twenty-four and married.  My mom and dad were away and I needed to get a batters mitt for softball.  I asked Nick for five dollars for the mitt.  Nick only had a twenty dollar bill so he gave it to me.  My sister Dolores and I went to Carmine's on South Broadway in Yonkers to get the mitt, they didn't have it.  So, Dolores and I bought Big League sports gum instead.   Later that day Nick came to me to get his change.

I gave him eighteen dollars; he was puzzled because he remembered I needed five dollars for the mitt. I looked at him and said they didn't have the mitt, but that Dolores and I had bought Big League sports gum. He looked at me with disappointment in his eyes, and he said "you needed money for something and I gave it to you, but then the store didn't have what you needed so you buy sports gum? I trusted you." I still feel awful. Nick went on to explain to me how you don't do that to people, that I need to stick to my word and that I should not take advantage of people who are trying to help you.

Whenever any of us are having difficulties in our lives Nick is the first person we call. If Nick detects or finds out you are having some life problems he is the first person at your door lending you a helping hand, a shoulder to cry on or just someone to listen to.

I have observed my brother Nick in the following acts. Nick provided my sister Maria Elena the strength to leave her abusive husband. Nick helped her find a place to live and also got her into counseling. Nick helped my nephew Glen realize that he needed to check himself into a drug program. Nick helped Anthony get his first car, setting up a payment plan for Anthony, so he learns responsibility and respect. Nick helped his friend's daughter, Dina go on a vacation after she was diagnosed as terminally ill. Nick gave my Brother Joey a place to live after he went through a bad divorce. Nick tells us right and wrong every day. Nick never holds back he tells you exactly how he feels. I can go on and on about what Nick does for me and my family. In every instance Nick does what he can whether you ask for help or not.

Nick believes in hard work, family, tradition, and respect for mankind. I have watched Nick interact with my nieces/nephew, brother/sister, friends, co-workers, workers and constituents. One thing I have to say about my brother Nick is he treats everyone like family. Nick will cry, laugh, and stand by you. Whatever you are going through Nick is too!

Nick is there for my Mom and Dad and for Dolores (my sister) who is waiting for a lung transplant. My Dad is eighty-one and Mom is seventy-eight, Dolores is forty-four with two daughters, a son, and a grandson. Nick is not only a son and a brother to them but a best friend and a caretaker.

Nick calls or sees them every day, and he personally tends to their daily needs, takes them to doctor appointments, and goes over medical insurance questions, food shopping, post office, paying bills for them, picking up prescriptions whatever they need Nick is there.

When my father got sick this year and was later diagnosed with **Liver Cancer**. My father believed he was going to die and the first person he called was Nick. My father wanted to make sure his affairs were in order and he wanted to go over some things in regard to my family and my Mom in case he wasn't here to take care of us. My Dad knows that Nick will make sure the family stays close and that my mom is taken care of always.

Nick and my Dad are best friends.   I am very close to my brother Nick.  I know by looking at him that he is sad and disappointed in himself feeling as though that he let my parents, his children and his younger brothers and sisters down.

I also watched Nick with my mom in August after she fell down the stairs and broke her femur bone.  A lot of people thought that was going to be it for her, but not Nick.  After Mom had surgery, Nick would come to Burke's Rehab to see her.  The first thing he would say was that he was glad she was not smoking.  She would laugh and stick her tongue at him.  Then he would go on that it was a good thing that she broke her femur bone, "Physical Therapy is good for you, and it's nice to see you moving around!"   Nick gives my parents and Dolores the strength to fight their health issues every day.  Like Nick says, "it could always be worse!"

My sister Dolores is a single mom; she has two daughters, a son, and a grandson that lives with her.  Dolores was diagnosed with **severe COPD** about year and half ago.  I was with Dolores when she was told that she would have to be put on a **lung transplant list**.  After dropping Dolores off at her home.  She said to me, "Vic, please call Nick, and let him know what the doctor said."  Dolores is very dependent on Nick; they speak everyday about her kids, her health, her finances, her doctors or any minor or major decision that Dolores needs to make.

Judge, I am aware that Nick has pled guilty to a tax-related charge.   I am begging you to please look at everything that he has done in his life as a Senator and everything that he continues to do with my family.  Nick is a leader and the glue that holds my family together.  My father is always saying, "That at eighty one years of age you never know how much time you have left." With this in mind, I am begging on behalf of my chronically ill sister and fragile elderly parents that you not take the person that they depend so much upon out of their everyday lives.

Thank you so much for giving me the opportunity to share my recollections of my life with my brother Nick Spano.

Sincerely,

Victoria L. Smith

Victoria L. Smith

Mary A. Spano
226 Gailmore Drive
Yonkers, New York 10710

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Judge Seibel,

My name is Mary Spano, and I was married to Nick for over twenty years.  We have a very unique relationship.  Although divorced, we care deeply for each other and share all the pleasures of having two adult children and two beautiful grandchildren.

My children and I have weekly Tuesday night dinners at my house and Nick will often just "pop in" to join us and catch up on "what's happening".  Just recently, Nick showed up and discussed the events that would ultimately bring him to plead guilty to tax evasion.  We all experienced his raw emotions and humiliation as he shared his story with me and our children.

Now for a little background – Nick and I met while I was doing volunteer work for his Dad who was running for County Legislator.  As our relationship grew Nick continued to be involved in local politics and started working on a campaign for a candidate for State Assembly, and the story begins.

Many years later, while feeding our six month old baby daughter, Nick told me that he wanted to run for State Assembly.  You can only imagine my thoughts.  I knew from that moment on our family life would take a toll.

Nick's first assignment was to chair the Mental Health Committee.  Nick often stated he wasn't sure if he could meet the challenges of such a committee, but as usual, Nick stepped up to the plate full force and then some.  That first assignment defined who Nick was, and would eventually become.  He later went on to run and successfully win the race for State Senator.

I would often accompany Nick to many functions which would involve parents of children with developmental disabilities and this was the most humbling of experiences.

Many times family celebrations took a back burner because Nick was at a political function, but these situations taught our children early on that you had to give back to others.  Thanksgiving mornings were spent helping out at shelters that provided Thanksgiving Dinner for those less fortunate than us, before we went home to celebrate with our own families.  Sharing with others also carried over to one of Nick's favorite charities "Operation Santa Claus".  Through his efforts this organization has prospered and now our son and daughter are actively involved as well as their own friends.

I hope this brief look into our early years together helps you put together a picture of Nick Spano, who from early on, always knew that he needed to be involved in community service and who works effortlessly to get the job done.  He realizes his mistake and I hope you keep this in mind when making your decision.

Respectfully yours,

Mary Spano

Honorable Cathy Siebel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Dear Judge Siebel

I'm writing this request for leniency on behalf of my father former State Senator Nick Spano. I've never written a letter like this so please bare with me while I write from my heart.

Your Honor, my father is my hero. From when I was a little kid I always wanted to grow up and be just like him. He has done so many great things in his life, not just for me and my sister or the rest of our family but for complete strangers. Some people might say this was his job being an elected official but he has always gone above and beyond. I can remember my father taking me to different events he had to attend while I was a little boy, and I always remember that look he had in his eye when he was able to provide assistance for others. Nothing brought him more happiness then helping people with special needs. My father chaired the mental health committee while he served in the State Senate. He would fight tirelessly to make sure people with special needs were always given the attention and support they needed. This is a special cause that to this day he does whatever he can to help out. My father has been out of public office for 6 years now but he continues to be a strong voice for Yonkers and Westchester County.

I'm at the point in my life where I'm ready to take the steps to start my own family. This is something that a son needs his father's advice and council on. I can't imagine doing this without my father being at my side.
When and if the day comes where I'm going to become a father I can only hope that I become half the dad to my kids like he was to me. If I'm able to do that I know that my kids will look up to me as I do to my father.

February 10th was the hardest day in my father's life. He stood in front of the Court and pleaded guilty. He called me and said "Len I'm so sorry I let you and your sister down, I would give anything for you guys not to see this". That broke my heart I felt horrible that he thought he had to apologize to me, I told him that he was still and always will be my hero. He stood with his head held high and admitted his wrongdoing and now he is at the mercy of the court. I only hope that you can see my father as I do, as a man that holds our family together, a man that would give anything to help others, a man that isn't perfect but a man that has done so much more good then bad. I love my father with all my heart and I humbly ask that you look at all the good he has done before handing down a sentence. Thank you for your time

Sincerely

Lenny Spano

March 28, 2012

Honorable Cathy Seibel

United States District Judge

Southern District of New York

300 Quarropas Street

White Plains, NewYork  10601

Dear Judge Seibel:

      I am writing you regarding my husband Nick Spano,  I know many others are writing to tell you about all the wonderful things Nick has done in his political career and the numerous organizations and people Nick has helped in so many ways over the past 28yrs as an Assemblyman and Senator, of which I could fill pages and pages telling you of things he has done, from helping Seniors to people afflicted with a mental illness to  writing landmark legislation  that resulted in the closure of outmoded and unsafe institutions for people with disabilities,  but I would rather focus on my husband as a family man.

      Your Honor I would like to tell you about the Nick Spano who is the  son, father/step father (to my children) brother and uncle.  Nick is the oldest of 16 children and in all the years I have known and been married to him there isn't a day that goes by that he is not in contact with  his parents (who he stops and sees every morning), several of his brothers and sisters and our children not because of a problem but just to say hi. I don't think I can say I have known too many people like Nick, he is kind generous and big hearted, he never lets you know when things are not going right for him because he doesn't like to bother you with that, he will always change the subject to something positive to make you smile if someone does ask whats wrong.  When there is a problem in the family they all come to Nick, even before their parents and this includes his nieces and nephews of which there are  40.  They all know that "Uncle Nickie has a way with dealing with things that puts them at ease and makes the problem not as bad as they think it may be.

      I watch as he spends quality time with our 4 grandchildren ranging in age from 15 to 1, I see him sit and listen as the 15yr. old talks about his baseball games, knowing full well Nick is not a sports fan in any way shape or form but to watch him listen you would never know he has no interest in the sport.  I also watch as he works in our kitchen (Nick's favorite pastime is cooking) with the  4yr. old and teaches her how to make a pizza and telling her about tradition and what he was taught as a child about his heritage, I watch him sit and read stories to the 1yr. old or watch him sit on the floor and play with the 2yr old as they put a puzzle together.  When Nick cooks he always has a towel over his shoulder and our

granddaughter asked him why and he said to wipe his hands on, a few weeks later our daughter sends a picture of the 4yr old in the kitchen helping her mother make a pizza with a towel over her shoulder when asked why she had the towel she said grandpa wears it to wipe his hands. I watch in the summer when all the little nieces and nephews run up to him and all jump around and yell Uncle Nickie please make us milkshakes and without hesitation they all gather around and each one helps putting all the ingredients together and then walks around serving them telling everyone they made it with Uncle Nickie. I also watch as he stands proudly by as his goddaughter receives a scholarship to college or a family member does something that they may be honored for I see tears of joy in his eyes because he is so proud of them. I watched over the years as he was a father to my children now grown with children of their own and how when something good happened they always wanted to call Nick right away and the smile and encouraging words he always gave them growing up. I also see the respect he has taught to members of our family and telling them never forget where you came from and remember your great grandparents who started out with nothing.

Your Honor, as the day of the plea approached, I will never forget watching my husband have to tell his parents and our family what was going to happen and the heavy heart he had because he had disappointed them. I remember our 10 yr. old niece watching this unfold on tv and asking her mother is Uncle Nickie going to jail and being told that could happen and hearing this she started to cry.

Judge Seibell, Nick knows he did wrong and regrets it everyday since it happened, I keep telling him people will always remember you for all the good you have done in your life and not a stumble along lifes highway, but I'm not sure he is listening as his reply is always, " but I let people down."

So I am asking you your Honor please show leniency on sentencing Nick, please, I know Nick knows he did wrong I see what price he is paying now by loss of business, loss of friends, being splashed all over the papers day after day, feeling humiliated going around town having people recognize him and know what they are saying. Please let him be there this summer to continue to make those milkshakes for the kids. Let him be there for our family who really needs our rock and please your Honor let him be there for me because just the thought of not having Nick by my side everyday makes me not be able to breathe.

Thank you so much for taking the time to let me show you the other side of a kind, decent, caring and in my eyes honorable man who as he always says "love life to its fullest".

Linda Spano

## *Michelle Pizzolongo*

April 1, 2012

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Dear Honorable Judge Seibel,

My name is Michelle Pizzolongo, and I am proud to say Nick Spano is my uncle.  My Uncle Nicky is a hardworking and very thoughtful and considerate man.  He has always been there for me while I was growing up and now as I am a young adult.  My mother, his sister Dolores, has a rare lung disease and needs a double lung transplant.  These last two years have been trying on not only me, but my family as a whole.  Uncle Nicky has been such a great support through it all.  No matter what I needed, he has been there and has giving me the strength and the courage to face this head on.  He has taught me the importance of staying positive and focusing on the good that we have.  I don't know where I would be, or my mother would be without him.  He is a man I admire and look up to, not only as an uncle but as a father.

My parents got divorced when I was very young; sometimes I couldn't do the things that the other cousins were doing, going to the movies, the beach, up to Long Island to my grandparent's summer home, etc.  My mom worked very hard to support my sister and me and she had to work a lot and there wasn't extra money to do extra things.  Well, Uncle Nicky used to take all the girls to his house in Long Island and cook for us and have different games set up for us.  It was always something I look forward to every summer. He used to end our trip by taking us to the toy store to buy one thing each, looking back at it now, I am amazed.  Although I always appreciated it, I appreciate what he did so much more now as an adult. How many people do you know that would take away 6-8 little girls?  For the record, we were not quiet little girls either....The only help he had was his daughter, Christina, even though I know they were doing it to make special memories for us, and to give my mother or my aunts a little time for themselves. It was, I know, for Christina the best daughter/father bonding ever.  She was so proud and still is of her dad.  My memories are wonderful and above all priceless.

I can go on and on with 20 years of great memories with my uncle.  Not everything was always fun we have had  our ups and downs, our triumphs and failures and Lord knows our sad times, but through it all Uncle Nicky is always the one that has kept and keeps the family grounded.

I would like to thank you for giving me this opportunity to help my Uncle Nicky; I feel as though I owe him so much, and if I can make even a little bit of a difference in his sentencing I would feel that I am finally starting to pay him back for all he has done and does do for me.  I need to lean on my Uncle Nicky's shoulder more than you can imagine and more than I would like to admit. I don't know if I can be that strong and handle my mother's disease without him by my side. So please, if you can, consider community service, probation or even house arrest.  I really need him right now.....


Thank You

*Michelle Pizzolongo*

Michelle Pizzolongo

March 29, 2012

Loretta Spano
37 Colonial Pkwy No
Yonkers, NY 10710

To whom it may concern:

I am writing this letter on behalf of my brother, State Senator Nicholas Spano. My name is Loretta Spano, and I am one of his younger sisters, actually the youngest. With that being said, I would like to explain why it is we/I need him in our daily life. I use the word NEED because it is the most fitting. Nickie has always been there not only for me, but for everyone, whether they are family or not. Nickie has always and will always be there in a drop of a hat for anyone, no matter how big or small the urgency is.

Nickie has always been a protector and someone that has always given strong advice. I have 2 sons, ages 15 & 17, and I can speak for them as well as my other 46 nieces and nephews and all of my brothers and sisters, that they need him as much as I do in their daily life. They go to him for everything; he is someone that everyone looks up to. Nickie is the one everyone goes to for support or just some reassurance that everything is ok or will be ok. I am constantly going to him for advice for my children, just last week he had a talk with my two sons, and let me tell you, I am so grateful to have him, and I am so grateful that my sons look up to and respect him the way they do.

When Nickie was Senator, he was always busy, between going to Albany, meetings, commitment problems and just his life; he was always being pulled in different directions by one person or another. I will tell you this about Nickie, no matter how busy he was or what he had going on, if we needed him he would be there in a heartbeat, even if it meant driving home from Albany at night just to take another trip back in the morning.

Nickie is our support system. He is the glue that holds the family together. He is the one that reassures everyone that everything will be ok, whether it's about my parent's health, my sister and her disease or just everyday life struggles. He is not only a brother, friend, role model and sometimes a therapist, he is a father figure to all of us.

I have so much respect and admiration for what he has accomplished in his life. During this trying time in my family's life it is so comforting to know that not just his family and friends are affected by this, but complete strangers are also, people that have only met Nickie or have only heard about him, good or bad. So many people have said to me, "I don't know your brother personally, but I wish him the best of luck, he has done so much for our City and so many people, tell him we are praying for him." I believe people should not be judged by mistakes they have made in their life, but be judged by their life as a whole. In Nickie's case, the good outweighs the bad. Let us not forget all the good he has done. He has been a public official since the age of 23. Nickie devoted his life and career to help others in every way he possibly can. His slogan for one of his election campaign one year was "Nick Spano he puts his heart in it." That statement is beyond true, everything he does, no matter how big or small, he gives it his all. He truly puts his heart in all he does.

I can go on forever talking how wonderful I think Nickie is, but I am not. I want to end this letter by thanking you for taking the time to read this and for giving me this opportunity to speak on my brothers behalf. I only ask of you to please find it in your heart to let him stay home and not serve anytime. I ask this for not only me, but for my sisters, brothers, nieces, nephews, my children his children and grandchildren; but most of all for my parents and Sister Dolores. My parents are 78 and 81; since this started, I can see how much this has affected them. It is sucking the life out of them, they have so much pain and worry in their eyes; it's so hard to reassure them that everything will be ok. My mother always said to us growing up, "A mother is only as happy as her saddest child." I never understood that saying, but being a parent myself I know all too well what that means. I know they are scared for him, but also for themselves; they are so scared that something is going to happen to one of them and Nickie will not be around, and they know how that would not only destroy them but Nickie as well. My parents will be celebrating their 60th wedding anniversary this year, how sad is it that they will not plan their party on their anniversary? Their anniversary is July 12th and they want to celebrate it before June 11th.....My parents did a wonderful job raising 16 children, and my father is an honest, hard working loyal man. Everyone that has met my father or knows him call him a "Statesmen" and my brother NIckie is just like my father, **completely**. I mentioned my sister Dolores earlier; she has a rare lung disease that is killing her. Dolores calls my brother Nickie for everything, she depends on him for moral support, help, advice and everything else you can think of. You never know what tomorrow brings, I don't want anything to ever happen and my brother is not here with us. So please, if you can, keep my brother home where he belongs; with his "family."

Again, thank you for your time.

Sincerely,

Loretta Spano
#13

March 11, 2012

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Honorable Judge Seibel,

It is with a heavy heart, I write this letter. My name is Eleanore, I am one of Nickie's eight sisters. We are a very close family we speak often and see each other every weekend , aside from all the family functions, with an immediate family of 76, that is very often.

Nickie is and has always been the shining star of our family. Not because of politics, long before that. Nickie was a father figure to us, coming from such a large family my dad would work very long hours and Nickie was there for us and my mom. Nickie led us through our childhood with the values my dad had instilled in us. Still to this day if I have a worry, I call him he listens and always has the right answer. My dad being a marine raised us to
be a proud family we didn't have everything we wanted, but we had everything that we needed. But the most important thing we had was each other. Nickie was the babysitter, the cook, the driver, the problem solver he did all this without complaint.

I was a single mother with a troubled son  I remember calling Nickie  more than five times a day , I was so stressed and I didn't know what to do, Nickie always gave me sound advice, and calmed my fears. He wasn't just there for me he has always been there for whomever reached out to him. If Nickie could help he did, and he did it not for a reward of any kind, he did it because that is who Nickie is.
The entire family has had a feeling of sadness cast upon us, so not, like us as a family.


Judge Siebel, Nickie's fate is in your hands and I can only ask that you consider the man behind the crime, a great son a great brother and a wonderful human being. And also, I ask
That you consider our parents who have taken the hardest hit of sadness , they are in their 80's, and they have worked so hard on raising all of us, to all be a productive part of society. Judge Seibel, thank you for taking the time to read my letter.


Respectfully,
In God We Trust

Eleanore Lennon

*Josephine Spano*
*131 Underhill Street*
*Yonkers, NY 10710*

April 1, 2012

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Honorable Judge Seibel,

Let me tell you about my son Nick.  Nick is an all-around great son, great brother, great uncle and wonderful father, everyone looks up to Nick, and he goes out of his way to help everyone. When he became an Assemblyman at the age 23, he was very shy, but before you knew it he was the best politician ever.  He was so young in public office that they used to call him the "milk shake kid."  One of Nick's first committee's was Mental Health; he worked hard for the disabled. Nick made many friends with parents of the children and has hosted many charity events. One of the Mental Health events that stand out in my mind was the jello event.  Nick had to slide into a pool of jello to raise money, the children and parents loved it.  That shows what type of man Nick is; down to earth willing to help any way he can.

Nick will be 59 in May, it seems like just yesterday that I gave birth to him and was holding his hand crossing the Street, now 59 years later, he is the one that is holding my hand…..my how things change.  Even as a child, he was full of compassion, always thinking of others and never of himself.  I know I am the mother and I should not depend on him as much as I do; but I can't help it.  Nick is not only my first born; he is one of my best friends. I need him as much as he has ever needed me.

 His whole life he dedicated to public service there was never was a blemish on his name.  Nick went on to be a lobbyist and had an excellent business that he enjoyed and was so very proud of. Nick helped so many people, some organizations couldn't afford him but he took them on anyway for a cheap price or for nothing at all.

It has been very sad to see Nick so remorseful these past weeks, as a mother, it truly breaks my heart.  I was so scared to find out that his blood pressure was up and he has been having chest pains.  He went to the hospital and he had a stint put in.

Thankfully he is fine now, but the pain is still there in his chest, not from his blood pressure, but from the fact that he feels he has let everyone down and he's ashamed. I know my son, I know what kind of man he is, and I told him "Nick, you have nothing to be ashamed about, everyone makes mistakes, no one is perfect. I am so very proud of you and everything you have accomplished in your life. The good outweighs the bad…..don't ever forget that."

The media was so very hard on him, it broke my heart to hear it on TV and read about it on the headlines of the newspaper. The media was very wrong to treat him the way they did, in all the years that he was in office he did many great things never did they have headlines like this about him. Thank heavens, we didn't have to be subjected to all of it, Nick took his father and I away so that we wouldn't be here for the newspapers and TV. The little bit that I did see was truly heart wrenching. I have been around politics for many years, my husband, Leonard was a County Legislator for many years and then went on to become County Clerk; he's a very proud man. I know it was also so hard on him to have to watch and listen to people talk about his son. Recently my husband got sick and was diagnosed with liver cancer. He had an experimental procedure on his liver for the cancer; he has to go every three months to see if it comes back, Nick is the one that my husband went to when he first felt sick and Nick is the one that always takes him to his appointments. They are very close; father and son first and now best friends.

On May 12th I have a mass for St. Gerard, the Patron St of Mothers. It started forty-one years ago, at my home with twenty people and now has grown to three to four hundred people. Nick and the boys do all the cooking, preparing and setting up for the day. It is such a great time and everyone that comes says it's more beautiful than the last one. I have a website Saintgerard.com; people visit the site from all over the world wanting to have a child or for prayers for the sick or for their children. We have many beautiful stories.

Please your honor if you could show leniency for Nick, He has already suffered so much. Nick is very caring person and I believe in my heart that he is so very sorry for the mistake that he has made, I feel he has suffered enough.

In closing I would like to thank you for taking your time reading this letter, and I hope you will consider my plea….my family needs Nick, my husband needs Nick, his children and his grandchildren need Nick and more than anything in this world, I need Nick. I have never written a sentence more powerful and with so much meaning than that one. So please…..let me have my son home with me.

Thank You

*Josephine Spano*

Josephine Spano

*Leonard N. Spano*
*131 Underhill Street*
*Yonkers, NY 10710*

April 2, 2012

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Judge Seibel,

My name is Leonard N Spano, and I am writing this letter to you in the hopes that you will be lenient with my son Nick on June 11th, 2012.

Nick was elected Assemblyman at early age of twenty-four. He went on to be elected Senator for total of twenty-eight years. He is respected in community having not only helped his constituents but also many organizations like Mental Health, Civic Organizations too many to list in this letter. It was through his acquaintances with many doctors that he was able to recommend the best whether it was when I had triple bypass surgery or when I was diagnosed positive with liver cancer (I am being successfully treated at Mt. Sinai hospital) or helping his sister Dolores (44) awaiting a double lung transplant. Nick is the back bone of the family, the one that everyone goes to……including me.

On July 12th my wife and I will celebrate our 60th Wedding Anniversary, and I want nothing more than to know that Nick will be celebrating that and many other events with us. Nick is the first born of our sixteen children (eight boys and eight girls). His siblings love and respect him. He has always been a great role model for them. I have always been a believer in public service and I have raised our children with that belief. I enlisted in the Marines during the Korean War and served three years. I was elected County Legislator and served twenty-two years then was elected Westchester County Clerk and served twelve years.

We are very proud of our family; having three elected officials, three police officers, NYS Commissioner of General Services, Deputy City Clerk. My daughters have all served in different capacities, New York State, Westchester County, and Secretary to Supreme Court Justice.

My wife Josephine is also writing her letter so I want you to know that when I say I, it really means "WE."

On behalf of my children and my forty-eight grandchildren (who all love Nick) we hope and pray that you will show some mercy on Nick.  We know what Nick did was wrong but believe in our hearts that he is sorry and nothing was done intentional.

As a retired public servant, I have great respect for the justice system and I know that you will do what you feel is right.  Thank you for your time, and please consider keeping my son home with his family.

Thank you and May God bless you.

Leonard N. Spano

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Nicholas Spano

Dear Judge Seible:

My name is Joseph Spano and I am a cousin to Nick Spano. In addition to having contact with Nick as a relative, my 28 year career at the Westchester County Department of Correction (WCDOC) provided an opportunity for me to work closely with Nick for many years in an official capacity. I retired from the position of Commissioner in January 2010 and also served as the labor leader for the Westchester County Correction Officers Union for 9 years. Working closely with Nick during that 9 year period I witnessed first-hand how passionate he was about insuring that all employees were treated equally and that they had adequate protections in place for both them and their families. In addition to his efforts that helped level the labor/management playing field, one of Nick's greatest passions as a New York State Senator was serving as the Chairperson of the Mental Health and Development Disabilities Committee. To his credit, Nick was the driving force behind multiple legislative changes and funding that benefitted those in need of mental health services and disability care. To this day, the families of those affected individuals and professionals in the mental health and disability fields applaud his efforts.

The aforementioned are only 2 examples of how Nick's body of work as an elected official for approximately 30 years benefitted thousands of New York residents. His many accomplishments were far reaching but Nick always remained focused on the needs of his district. To that end, he delivered support and relief in many different forms that ultimately enhanced services, public safety, and quality of life and at the same time reduced the Westchester tax levy. In addition, Nick made sure that local businesses and the community based organizations had every opportunity to thrive. It's a well known fact that his contributions as an elected official were greatly appreciated and that many citizens miss having him as their representative in Albany.

Although Nick committed a lot of energy and time to his profession, it's important to point out that he always made sure that his family responsibilities were never neglected. In fact, those who know him best will confirm that Nick is one of the most loving, caring and giving grandfathers, father, husband, son, brother and uncle that you will ever come in contact with. Simply put, Nick is the cornerstone of his family and that's why he is so devastated by his recent tax-related guilty plea. The pain and embarrassment attached to disappointing those closest to him and the thousands of longtime supporters is constant. Moreover, since the guilty plea, Nicks family and friends are suffering along with him and deeply concerned over the thought of him serving time in a federal prison. As a former Commissioner of the Westchester County Department of Correction I fully understand that Nick made some poor decisions and must face the consequences of those actions. However, I don't think the consequences should include any incarceration. When considering an appropriate punishment, I'm hopeful that you will factor in his contributions as a 30 year public servant and there positive impact on thousands of people. I also ask you to consider the impact that incarceration will have on Nick's family and community members, who love, respect and depend on him for so much and do not want to lose their cornerstone.

I thank you in advance for your consideration of my concerns.

Respectfully,

Joseph Spano
Retired Commissioner of the
Westchester County Department of
Correction

Date: 03/24/12

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Dear Judge Seibel,

I'm writing you this letter in regards to my brother Nick who
appeared in front of you numerous weeks ago. Being from a family
of 16 children it would be easy to say that my Mom and Dad should
have all the glory in how we all turned out but with this family that is
not totally true. I have 7 brothers and 8 sisters and I can tell you that
Nick has been a father figure to all of us. Nick has been the backbone
of this family and is the main reason that we are all so tight and love
each other very much. Not a weekend goes by without most of us
getting together and sharing laughs and sometimes tears, which
brings me to my story. About 46 months ago myself and my Fiancé
Eva were expecting a little boy. That little boy came to us and you
can realize the joy with us and my family especially Nick that he's an
uncle for the 40th time. After a day or two, doctors came to us and
stated that they had seen some signs of Down syndrome in our little
boy. My heart fell to the floor and the only thing stopping me from
losing it completely was my fiancé's crying and weeping. I had to
stay strong. My first call was to Nick. Who stated to me that
everything would be ok and that we should pray and that there may
be a chance that he may not have Down syndrome? Seven weeks
later (I will spare you the name of the hospital, they were horrible)
we received the word that our little Lenny (named after his grandpa

along with 6 other grandchildren) had indeed Down Syndrome. After days of weeping and thinking our lives were over, my brother Nick called to tell me what my life would become. You see your honor; Nick was once the Chairman of the Mental Health Committee for the State of New York as a Senator. He introduced us to a world that not too many people really care about unless it directly affects you! Except Nick!! We took his advice and I did exactly what he told me to do with the early intervention and the therapy that little Lenny needed. Your Honor I was amazed at how many people commented on Senator Spano and how much he deeply cared for the mentally disabled and handicapped. They were so upset that he wasn't there anymore and how since then there's been no one who has filled his shoes. Our little Lenny is now going to be 4 in June your honor, and he is the happiest little boy and loves to see his Uncle Nick especially the day before Easter because Nick has an Easter egg hunt for all the kids at his house.

In closing your Honor I guess what I'm saying is as a Police Officer I'm not condoning what Nick did. He has to be held accountable for his actions. But, if you can show leniency toward his sentence based on what he has done and continues to do with this family, let alone all his constituents. When I needed Nick Spano (the big brother) he was there for me and my Fiancé Eva and our Special little boy Lenny.

Thanks for your consideration on this matter,

Tony Spano

Yvonne Spano
17 Prospect Avenue
Ardsley, NY 10502


April 23, 2012


Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Dear Judge Seibel:

My name is Yvonne Spano and a former sister-in-law of Mr. Nick Spano. I am writing to you because I have known Nick for 19 years and I would like to discuss my relationship with him.

I met Nick's brother Tony in 1993. We dated and married in 1995. When I first met Nick in 1993, he was Senator Nick Spano and it was an honor to meet him. I had never been around a political family before and he was just like any regular guy and a part of a great family. I was so happy to be a part of the Spano family. From the first time I met Nick, he has made me feel so welcome to meet him and his family. His door was always open and he was a pleasure to be around.

There is one story that I would like to share with you. I was attending college during the mid 90s and one day when I was driving to IONA College for class, I got into a small accident with another vehicle. I was alone and very shaken up. I made a quick call to Tony, Nick's younger brother and my husband at the time, but he had been at work. He was in NJ and unable to come to New Rochelle. Tony called someone in his family and told them about the accident and within 10 minutes, Nick came to the scene.

I was so happy to see him and then shortly after that his Dad and two of his brothers were there. It was such a great feeling to know that Nick stopped what he was in the middle of and came over to be with me when I was so upset.  I will always remember that day and I will never forget how Nick came as quickly as he could. Nick is such a great family man and is always there when we need him. So, during this time when he needs us, I am so happy to help out any way that I can.

I hope that sharing one of my personal stories and share some of my thoughts of Nick that I am here to support him and hope that this will help him during this time.

Sincerely,

Yvonne Spano

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Dear Judge Seibel:

I am writing you today on behalf of my oldest brother, Nick Spano. As you know, Nick
Spano was found guilty of tax evasion. To say the least this experience has been both
humbling and embarrassing to him. I know that he takes full responsibility for his
actions.

I have seen the media coverage in respect to this issue over the past few months. I guess
it is easy to paint a "not so nice" picture of him at the current time. That being said
please allow me to tell you a little bit about the Nick Spano that I know.

I am one of 16 children, 8 boys and 8 girls. Nick is 22 years older than me. Ironically my
dad is 22 years older than Nick. With Nick being so much older than me it took me a long
time to fully understand that the man who was at our house all the time was actually my
brother. Nick was married at 20 years old and because of him I became an uncle at the
age of 2.

My dad sustained three jobs in order to support his children. He worked very long hours
his entire life. For that reason, Nick not only played the role of my eldest brother but as
my father figure as well. Whether taking me to events or just coming to watch me play at
my games. He was always around. Nick taught me so much about life. Such as, to fight
for what you believe in and to always remember not to do anything that would ever
embarrass our grandfather's name. He taught me about public service and respect, two
things that are long engraved in my family's history.

I have seen first-hand the compassion that he has shown for others. Whether it was
speaking on behalf of those that had no voice, such as the physically or mentally
challenged, to ensure that they had the quality life that they deserved. He has given his
time to raising money for the handicap and the less fortunate. One example of this would
be the Senator Spano "Operation Santa" holiday party that he has sponsored every year
for the last 20 years for mentally challenged children in Yonkers so that these kids can be
afforded the opportunity to delight in the magic of the joyous season. Another example
would be how Nick is often a first responder to help families that are victims of shootings
or have been burned out of their homes. Nick leads the charge in making sure to go to
everyone of our family members for monetary contributions so that we can play a small
part in helping to bring some normalcy back to their lives.

Your honor, I know I have spoken at length here about Nick and I do appreciate you taking the time out of your busy schedule to read this. I am fully aware that what Nick has done is wrong! I do not dispute that nor does he. However, it is my hope that you will look at some of the good that Nick Spano has done over his long career and in his personal life. In my opinion the world will not be a safer or better place if Nick Spano is behind bars. He is not a life long criminal, he simply made a mistake.

Sincerely,

Vincent Spano

33 Gedney Way

White Plains, N.Y. 10605

April 25, 2012

Honorable Cathy Seibel

United States District Court

300 Quarropas Street

White Plains, N.Y. 10601

Dear Judge Seibel:

I have known Sen. Nick Spano for over 27 years through his sister Joanne whom I married 24 years ago. My wife and I raise our family in White Plains where I retired from the White Plains Police Department as a Detective after serving over 23 years.

Throughout my law enforcement career, I was always proud to call Nick my brother-in-law because of all of the great things that he accomplished. Over the years, Nick has helped the law enforcement community in Yonkers by securing grants to fund programs that assist in fighting crime. He helped the Westchester County Department of Public Safety secure funding several times over the years when they were going to lay off officers who patrol our county parkways. He helped secure funding to assist the Greenburgh Firefighters with equipment and training. He helped the Elmsford Volunteer Firefighters by securing grants for training and equipment. One item in particular is the exhaust system in the Elmsford Firehouses. When the firefighters pull the fire trucks in and out of the two firehouses in Elmsford, the exhaust from the diesel trucks would linger in the firehouse, threatening the lives of the volunteer firefighters . This was brought to Sen. Spano's attention and he was able to secure funding for a modern exhaust system in the firehouse that no longer puts the lives of our volunteer firefighters at risk.

Sen. Spano was approached by the Elmsford Little League Executive Board a few years ago about plans for a new clubhouse at the field. One of the last things Nick did before leaving office was to start the process for the new clubhouse which the ground breaking just took place. Thanks to the efforts of Sen. Spano, thousands of children will have a place to have a hot dog or an ice cream with their teammates and family.

One of Sen. Spano's biggest accomplishments that I am aware of is his work with the mentally ill. As a N.Y. State Senator, Nick was placed in charge of the Mental Health Committee that was a little unknown committee in Albany. Nick got involved and immediately became a voice of the developmentally disabled not only in his district but throughout N.Y. State. Nick visited facilities personally to further understand the issues and once visited Ferncliff Manor in Yonkers after a power outage and learned that the kids had to be transported to other facilities during the outage because they didn't have any generators. I know this really bothered Nick to see these kids shuffled around and he was able to secure funding for generators for this facility because the kids were unable to speak on their own behalf. Nick assisted with obtaining funding for various groups such as the Westchester Association of Retarded Children ( W.A.R.C.) as well as the Westchester Institute for Human Development (W.I.H.D.).

Even though Nick is no longer serving as a N.Y. State Senator, he is continuing to serve as an advocate for these special people by continuing to host an annual event called Operation Santa Claus where Nick hosts a Christmas Party that brings smiles to the faces of these kids. Nick also represents several of these organizations pro bono as their lobbyist in Albany. Nick was honored as recent as March of this year by Ferncliff Manor, the School for Adaptive and Integrated Learning, for making the quality of life better for our kids.

As you consider the fate of Nick Spano, I felt it was important for you to know the Nick Spano that I have known for the last 27 years. As Nick is the oldest of 16 children, I can honestly tell you that he is the "ROCK" of the family. When the family gets together (which is very often), Nick's opinion is often asked by his brothers and sisters, and now by his 48+ nieces and nephews. As a brother-in-law, I can tell you that I am proud to call him my friend!

Respectfully yours,

Vincent P. Finnegan