Dear Judge Seibel:

Over the three decades that I served as an elected official I have written thousands of letters, but this one is by far the most difficult.

It was a very proud day when I was elected to the state assembly at 25 years old. It was like a dream come true to be elected a senator just a few years later. It not only changed my 'first name' but it changed my life. I loved being an elected official. Not because of the title or the ego gratification, but because -- I was soon to realize -- it put me in a unique position to really make a difference, particularly for many who, all too often, are marginalized and without a voice.

Over the last several months I have become very reflective on my life -- the good and the bad. I know that I have improved the lives of many people and that is a part of my legacy of which I am proud and will always treasure. Without doubt, however, my obituary will include, "former senator, convicted felon." Respectfully your honor, there is no punishment that you or anyone can impose on me that would hurt more than knowing that this, too, will be part of my legacy. This I brought on myself, and I take full responsibility for my actions and deeply regret my conduct and the embarrassment I brought upon my family. My parents taught me, you make your bed and you sleep in it, and so I do.

During quieter moments, when I think of where I've been and where I'm headed, I know that I have been blessed in so many ways. I have a great, supportive family. I still have my parents, a loving and loyal wife, two great kids and 2 little grandchildren that I adore. I also know -- and this is what gives me hope -- that I can continue to do much good for the people that have been my greatest concern both in and out of the Legislature.

I have been in a position to recommend many individuals for appointment to the bench and I respect you and everyone else who accepts the challenge of standing in judgment of others. I don't envy you that part of your job.

I am looking forward to starting the next phase of my life. It will undoubtedly be consumed to some large extent by my obsession to clear the name of Nicholas Spano -- not me, but my grandfather Nicholas Spano. I brought dishonor to him and my family and I will spend the rest of my life to make it right.

NICHOLAS A. SPANO

I fully intend to succeed, you can be certain.

A sincere thank you for taking the time to read my letter.

*Nick Spano*

NICHOLAS A. SPANO