RICHARD WARE LEVITT*
rlevitt@landklaw.com
NICHOLAS G. KAIZER*
nkaizer@landklaw.com

YVONNE SHIVERS
yshivers@landklaw.com
SENIOR APPELLATE COUNSEL

DEAN SOLOMON
dsolomon@landklaw.com

* ADMITTED IN N.Y., FLA., AND D.C.

**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

June 13, 2012

<u>Via Facsimile</u>

Hon. Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   U.S. v. Nicholas A. Spano, 12 Cr. 136 (CS)

Dear Judge Seibel:

Pursuant to Mr. Spano's plea agreement, he has – with the assistance of his accountant and an IRS Revenue Officer – filed amended federal and state returns for the years 2004 through 2008 and fully paid additional taxes of $45,866 to the IRS and $13,462 to New York State. Earlier this week, we provided documentation concerning the within to the government and to Probation.

Respectfully,

Richard Levitt
Kerry Lawrence
*Attorneys for Nicholas Spano*

cc:   AUSA Perry Carbone (via email)
      AUSA Jason P.W. Halperin (via email)
      USPO Sarah K. Willette (via email)

# LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET, 23RD FLOOR
NEW YORK, NY 10038-5077
TEL. 212 480-4000
FACSIMILE 212 480-4444

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Hon. Cathy Seibel | Nicholas Kaizer |
| FIRM OR COMPANY: | DATE: |
| USDJ/SDNY | 6/13/2012 |
| RECIPIENT'S FAX NUMBER: | TOTAL PAGES, INCLUDING COVER: |
| -914-390-4278 | 2 |
| SENDER'S PHONE NUMBER: | SENDER'S FAX NUMBER: |
| 212 480-4000 | 212 480-4444 |
| RE: | ALTERNATE FAX NUMBER |
| U.S. v. Nicholas Spano | 212 480-4040 |

Notes/Comments:

.

**CONFIDENTIAL FACSIMILE COMMUNICATION**
The information contained in this facsimile message, and any and all accompanying documents, constitute confidential information. This information is the property of our office. If you are not the intended recipient of this information, any disclosure, copying or further distribution is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the erroneously transmitted information.